# Court of Appeals
# of the State of Georgia

ATLANTA,  July 23, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0001.  PRESSLEY v. 14TH PEACHTREE APARTMENTS HOLDING et al.**

Pressley filed a Rule 40 (b) motion seeking supersedeas.  After reviewing the motion and the exhibits provided to this Court, the motion is denied.[1]



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  07/23/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] Based on the limited record before us on this motion, we note that Pressley may be entitled to mandamus relief pursuant to our Rule 40 (c); however, this matter has not been fully presented to us and, therefore, it would be premature for this Court to consider the same.